# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MARCH 9, 2018

## NO. 03-17-00698-CV

**S. P., Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

### APPEAL FROM THE 146TH DISTRICT COURT OF BELL COUNTY
### BEFORE JUSTICES PURYEAR, FIELD, AND BOURLAND
### AFFIRMED IN PART; REVERSED AND REMANDED IN PART –
### OPINION BY JUSTICE BOURLAND

This is an appeal from the judgment signed by the trial court on September 27, 2017. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the trial court's judgment. Therefore, the Court reverses the trial court's judgment terminating the parental rights of S.P. and remands that portion of the case for further proceedings consistent with this opinion. We otherwise affirm the judgment of the trial court. The appellee shall pay all costs relating to this appeal, both in this Court and in the court below.